# Court of Appeals of the State of Georgia

ATLANTA, <u>May 29, 2025</u>

*The Court of Appeals hereby passes the following order:*

## A25D0390. DANNY RAY DUNN v. WALTER J. MATTHEWS et al.

Danny Dunn filed a petition for a writ of quo warranto challenging the appointment of a senior judge. The superior court dismissed the petition on February 20, 2025. Dunn then filed a motion for new trial, which the court denied on April 29, 2025. On May 6, 2025, Dunn filed this application for discretionary review. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Dunn filed his application 75 days after the trial court dismissed his petition.

Where a motion for new trial is not a proper vehicle for review of a trial court's action, the motion has no validity and will not extend the time for filing an appeal. See *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986). A motion for new trial is not the proper method for reviewing a judgment of dismissal. See *Luster v. Bank of America, N.A.*, 331 Ga. App. 510, 511 (769 SE2d 394) (2015). Thus, Dunn's motion for new trial did not toll the time to file his application.

For these reasons, Dunn's untimely application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __05/29/2025__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*